**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 03-7396

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM M. BRYSON, JR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Anderson. Henry M. Herlong, Jr., District Judge. (CR-01-240)

---

Submitted: December 18, 2003      Decided: January 16, 2004

---

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William M. Bryson, Jr., Appellant Pro Se. Mark C. Moore, Assistant United States Attorney, Columbia, South Carolina; Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William M. Bryson, Jr., appeals from the district court's order denying his petition for a writ of mandamus in which he sought an order from the district court directing his attorney to provide him with a copy of the trial transcripts and with citations to the record. Because Bryson's attorney has sent the transcripts to Bryson, the district court properly denied the request for mandamus relief. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987) (stating that mandamus relief warranted only in extraordinary circumstances). Accordingly, we affirm the district court's order denying Bryson's petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED